Herbert A. REED, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7290.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 26, 2004.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.